# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19−52781−rbk

Chapter No.: 7

Judge: Ronald B. King

IN RE: **Rattray Restaurant Group. LLC** ,
Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**3/20/20** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205

MAIL COPY OF PROOF OF CLAIM TO:

Jose C Rodriguez
342 W Woodlawn, Suite 103
San Antonio, TX 78212

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 12/19/19

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

```
                              United States Bankruptcy Court
                                Western District of Texas
In re:                                                        Case No. 19-52781-rbk
Rattray Restaurant Group. LLC                                 Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0542-5         User: kanyumbu           Page 1 of 1           Date Rcvd: Dec 19, 2019
                             Form ID: 148             Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db             +Rattray Restaurant Group. LLC,   602 Ave. A,   San Antonio, TX 78215-1222
17913813        American Express,   P.O. Box 65448,   Dallas, TX 75265
17913814       +Funding Circle,   85 Second St. Ste. 400,   San Francisco, CA 94105-3462
17913815       +Fundworks,   5990 N. Sepulveda Blvd., Ste. 310,   Van Nuys, CA 91411-2523
17913816       +Lone Star Bank,   P.O. Box 1127,   Pharr, TX 78577-1621
17913817       +Nicole Rattray,   11919 Bammel,   San Antonio, TX 78213-1209
17921950       +Rio Perla Properties, L.P.,   c/o Law Office of William B. Kingman, P.,   3511 Broadway,
                 San Antonio, TX 78209-6513
17913818       +Smarter Merchant,   460 Park Ave. South,   New York, NY 10016-7315
17913819       +Wellen Capital,   600 W. Jackson Blvd., Ste. 750,   Chicago, IL 60661-5683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
          Jesse Blanco, Jr    on behalf of Debtor   Rattray Restaurant Group. LLC jesseblanco@sbcglobal.net,
           blancolaw@gmail.com;lawyerjblanco@gmail.com
          Jose C Rodriguez     jrodlaw@sbcglobal.net, lettyreyna@sbcglobal.net;jrodriguez@ecf.axosfs.com
          United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov
          William B. Kingman    on behalf of Creditor   Rio Perla Properties, L.P. bkingman@kingmanlaw.com,
           hdangelo@kingmanlaw.com
                                                                                             TOTAL: 4
```